UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
*ex rel.* AIDAN FORSYTH,

        Relator,

v.

POWER PALLET, INC., SAM DONADIO, and GARY DONADIO,

        Defendant.

Case No. 1:23-cv-66 (MAD/TWD)

## ORDER

The Relator, Aidan Forsyth, having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the Court having received the consent of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed with prejudice as to Relator Aidan Forsyth and without prejudice as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

\_\_\_March 18\_\_\_\_\_, 2024

_____
Hon. Mae A. D'Agostino
United States District Judge

**SEALED**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br>*ex rel.* AIDAN FORSYTH,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>POWER PALLET, INC., SAM DONADIO,<br>and GARY DONADIO,<br><br>Defendants. | Civ. No. 1:23-cv-66 (MAD/TWD)<br><br>Hon. Mae A. D'Agostino, U.S.D.J.<br>Hon. Terese Wiley Dancks, U.S.M.J.<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff/Relator Aidan Forsyth hereby requests entry of an order dismissing this False Claims Act *qui tam* action. Dismissal would be with prejudice as to the rights of the Plaintiff/Relator and without prejudice as to the rights of the United States. Pursuant to 31 U.S.C. § 3730(b)(1), dismissal of a *qui tam* action requires the consent of both the Attorney General of the United States and this Court. As reflected in Exhibit A, the United States consents to dismissal of this action without prejudice as to the United States for the reasons stated in that exhibit.

No party hereto is an infant or incompetent.

Dated:  March 1, 2024                                  **SPIRO HARRISON & NELSON**

By:  /s/ Eric H. Jaso
Eric H. Jaso (EJ9959) (pro hac vice)
363 Bloomfield Ave., 2d Fl.
Montclair, NJ 07042
(973) 232-0881
ejaso@shnlegal.com

SHN\758450.1

**CAPEZZA HILL, LLP**

By: _/s/ Thomas A. Capezza_
Thomas A. Capezza
30 South Pearl St., Suite P-110
Albany, NY 12207
(518) 478-6065
Bar Roll No. 503159
tom@capezzahill.com

Attorneys for Plaintiff/Relator

"A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* AIDAN FORSYTH,<br><br>　　　　　　　Relator,<br><br>v.<br><br>POWER PALLET, INC., SAM<br>DONADIO, and GARY DONADIO,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-66 (MAD/TWD) |

### THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

　　Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to Relator Aidan Forsyth's dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

　　The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal Without Prejudice, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                                                             CARLA B. FREEDMAN
                                                                             United States Attorney

February 29, 2024                                                      */s/ Adam J. Katz*
                                                                             Adam J. Katz
                                                                             Assistant United States Attorney
                                                                             Bar Roll No. 517894